**Edward Harold SAUNDERS,
Jr., Plaintiff–Appellant,**

v.

**State Of NORTH CAROLINA; Richard
W. Riddle, in his individual and offi-
cial capacity as an agent of the State
of North Carolina; Janice Faulkner;
Angela Rivers, Controlled Substance
Enforcement Officer, in her individual
and official capacity as an agent of
the State of North Carolina; Muriel
K. Offerman, Secretary of Department
of Revenue, Defendants–Appellees.**

No. 03–6594.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Oct. 6, 2003.

Edward Harold Saunders, Jr., Appellant
Pro Se. Michael David Youth, Office of the
Attorney General of North Carolina, Ra-
leigh, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Edward Harold Saunders, Jr., appeals
the district court's order accepting in part
the recommendation of the magistrate
judge and denying relief on his complaint
filed under 42 U.S.C. § 1983 (2000). We
have reviewed the record and find no re-
versible error. Accordingly, we affirm
substantially on the reasoning of the dis-
trict court. *See Saunders v. North Car-
olina,* No. CA–99–47–5–BR (E.D.N.C.
Mar. 17, 2003). With regard to Saunders'
due process claim, our review of the record
leads us to conclude that no constitutional
violation occurred. *See Saucier v. Katz,*
533 U.S. 194, 201, 121 S.Ct. 2151, 150
L.Ed.2d 272 (2001) ("If no constitutional
right would have been violated were the
allegations established, there is no necessi-
ty for further inquiries concerning quali-
fied immunity."). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*